**Starsha M. SEWELL, M.Ed.,
Plaintiff-Appellant,**

v.

**WESTAT, Defendant-Appellee.**

No. 17-1105

United States Court of Appeals,
Fourth Circuit.

Submitted: May 15, 2017

Decided: May 17, 2017

Starsha M. Sewell, Appellant Pro Se.

Before DUNCAN, DIAZ, and THACKER, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Starsha M. Sewell appeals the district court's orders denying relief in this action alleging employment discrimination and denying several postjudgment motions. On appeal, we confine our review to the issues raised in the Appellant's brief. *See* 4th Cir. R. 34(b). Because Sewell's informal brief does not challenge the basis for the district court's disposition, Sewell has forfeited appellate review of the court's order. *See Williams v. Giant Food Inc.*, 370 F.3d 423, 430 n.4 (4th Cir. 2004). Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*